```
McGREGOR W. SCOTT
United States Attorney
ELLEN V. ENDRIZZI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone (916) 554-2716
```



FILED
JUN 2 0 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE SEARCH OF FOUR COMPUTERS SEIZED FROM 2727 NORTH GROVE INDUSTRIAL DRIVE UNIT 141B FRESNO, CALIFORNIA | No. 2:07-sw-00161 GGH<br><br>**APPLICATION TO UNSEAL SEARCH WARRANT AND [proposed] ORDER** |

On June 4, 2007, this Court issued the above-captioned search warrant and sealed it until further order of the Court. Recently, the defendants associated with these computers were indicted by a federal grand jury, case number 2:07-cr-00266 FCD. The United States now respectfully requests that the above-captioned file be unsealed so that its contents may be revealed in discovery.

Dated: June 19, 2007

                                    Respectfully submitted,

                                    McGREGOR W. SCOTT
                                    United States Attorney

                            By:     /s/ Ellen V. Endrizzi
                                    ELLEN V. ENDRIZZI
                                    Assistant U.S. Attorney

1

1
2                              **O R D E R**
3     Upon application of the United States of America and good cause
4 having been shown,
5     IT IS HEREBY ORDERED that the United States' Application to
6 Unseal Search Warrant, filed in case number 2:07-sw-00161 GGH, is
7 GRANTED.
8
9 DATED: June 20, 2007
10                                    
                                      _____
11                                    HONORABLE GREGORY G. HOLLOWS
                                      United States Magistrate Judge