

1 | MCGREGOR W. SCOTT
    United States Attorney
2 | ELLEN V. ENDRIZZI
    Assistant U.S. Attorney
3 | 501 I Street, Suite 10-100
    Sacramento, California 95814
4 | Telephone: (916) 554-2716

**JUN 0 5 2007**



5

6

7                    IN THE UNITED STATES DISTRICT COURT

8                  FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 | IN RE SEALED                        )   NO. 07sw0161 GGH
                                         )
11                                       )   **UNDER SEAL**
                                         )
12 |_____)

13

14                             **SEALING ORDER**

15        Upon Application of the United States of America and good

16   cause having been shown,

17        IT IS HEREBY ORDERED that the attached documents in the

18   above-captioned matter be and are hereby ordered SEALED until

19   further order of this Court.

20   Dated:   June 4, 2007

21

22                          _____
                            HONORABLE GREGORY G. HOLLOWS
23                          United States Magistrate Judge
                            per telephone 6/4/07   3:02 pm
24

25

26

27

28